| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. (650) 858-8400 | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN R. PAPPAS<br>ATTORNEY AT LAW<br>STEPHEN R. PAPPAS - SBN # 158560<br>550 S. CALIFORNIA AVENUE, STE., 320<br>PALO ALTO, CA 94306-1441 | REFERENCE NUMBER<br>000J6437-01 | |
| ATTORNEY FOR (NAME): WILLIAM A. ASHMAN | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
WILLIAM A. ASHMAN vs. SOLECTRON CORPORATION

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0801430HRL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** SOLECTRON CORPORATION

**Person Served:** MARGARET WILSON, CT CORP
**Title:** AGENT FOR SERVICE OF PROCESS

**Date of Delivery:** 03/21/08
**Time of Delivery:** 12:15 pm

**Place of Service:** 818 WEST SEVENTH STREET
LOS ANGELES, CA 90017                         (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 83.29

[X] Registered: LOS ANGELES County, Number: 5403
Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
Client File # ASHMAN V SOLECTRON CORPORATION

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: March 25, 2008
at: VENTURA, California

Signature
Name: KEN MELENDEZ

LIST OF DOCUMENTS

CASE #: C0801430HRL  CASE NAME: ASHMAN V. SOLECTRON CORPORATION

- SUMMONS IN A CIVIL CASE
- FIRST AMENDED COMPLAINT FOR DAMAGES FOR DISCRIMINATION IN EMPLOYMENT BASED ON DISABILITY AND AGE, IN VIOLATION OF: (1) 42 U.S.C. 12101 ET SEQ.; (2) 29 U.S.C. 623 ET SEQ.; AND (3) CAL. GOV. CODE SECTION 12940(a); AND JURY DEMAND
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- STANDING ORDER RE: INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES
- BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
- BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA  CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- STANDING ORDER REGARDING CASE MANAGMENT IN CIVIL CASES

J6437