ROBERT J. WILGER, Bar No. 168402
BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
SOLECTRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM A. ASHMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SOLECTRON CORPORATION, a Delaware Corporation, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:08-cv-01430 HRL<br><br>**DEFENDANT SOLECTRON CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant SOLECTRON CORPORATION, hereby answers the First Amended Complaint ("Complaint") filed by Plaintiff, William A. Ashman, as follows:

## I.   INTRODUCTION

1.   Answering Paragraph 1 of the Complaint, Defendant admits that it is a Delaware Corporation, that Plaintiff was employed by Defendant beginning on July 21, 2003, that Plaintiff was 53 years old as of September 15, 2004, and that Defendant granted Plaintiff a leave of absence from October 22, 2004 to February 21, 2005. Defendant also admits that Plaintiff purports to bring this action under federal and state law. Except as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 1 of the Complaint.

ANSWER TO FIRST AMENDED
COMPLAINT (C-08 01430 HRL)

## II. JURISDICTION AND VENUE

2. Answering Paragraph 2 of the Complaint, Defendant admits that Plaintiff purports to bring his claims arising under this Court's original jurisdiction pursuant to 28 U.S.C. section 1331. Defendant also admits that Plaintiff purports to bring this case under the Americans With Disabilities Act, 42 U.S.C. section 12101 *et seq.*, and under the Age Discrimination in Employment Act, 29 U.S.C. section 623 *et seq*. Except as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 2 of the Complaint.

3. Answering Paragraph 3 of the Complaint, Defendant admits that it operates a place of business in Milpitas, California and that Plaintiff was employed by Defendant. Defendant is without knowledge or information sufficient to form a belief as to where Plaintiff resided, and on that basis denies the allegation that Plaintiff resided in San Jose, California. Except as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 3 of the Complaint.

4. Answering Paragraph 4 of the Complaint, Defendant admits that Plaintiff filed a Charge of Discrimination with the United States Equal Employment Opportunity Commission. Except as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 4 of the Complaint.

## III. GENERAL ALLEGATIONS

5. Answering Paragraph 5 of the Complaint, Defendant denies the allegations contained in Paragraph 5 of the Complaint.

6. Answering Paragraph 6 of the Complaint, Defendant denies the allegations contained in Paragraph 6 of the Complaint.

7. Answering Paragraph 7 of the Complaint, Defendant admits that Plaintiff was hired in July 2003. Except as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 7 of the Complaint.

8. Answering Paragraph 8 of the Complaint, Defendant admits that it employed 50 or more people within a 75 mile radius of Milpitas, California. Except as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 8 of the Complaint.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ANSWER TO FIRST AMENDED COMPLAINT (C-08 01430 HRL)    2.

1  9. Answering Paragraph 9 of the Complaint, Defendant admits that Plaintiff was paid a salary and bonuses and received benefits. Except as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 9 of the Complaint.

10. Answering Paragraph 10 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained in Paragraph 10 of the Complaint.

11. Answering Paragraph 11 of the Complaint, Defendant denies the allegations contained in Paragraph 11 of the Complaint.

12. Answering Paragraph 12 of the Complaint, Defendant admits that Plaintiff requested and was granted a leave of absence beginning on October 22, 2004. Except as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 12 of the Complaint.

## FIRST CAUSE OF ACTION

**(Violation of Americans with Disabilities Act (42 U.S.C. §§ 12101 *et. seq.*))**

13. Answering Paragraph 13 of the Complaint, which incorporates by reference the allegations of Paragraphs 1 through 12 of the Complaint, Defendant incorporates herein by reference its answers to said Paragraphs in this Answer.

14. Answering Paragraph 14 of the Complaint, Defendant admits that Plaintiff purports to bring this case under the Americans With Disabilities Act, 42 U.S.C. section 12101 *et. seq*. Except as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 14 of the Complaint

15. Answering Paragraph 15 of the Complaint, Defendant affirmatively asserts that Plaintiff's reference to 42 U.S.C. section 12111(8) is a legal conclusion to which no response is required and the statutory provision of 42 U.S.C section 12111(8) speaks for itself. Defendant denies the remaining allegations contained in Paragraph 15 of the Complaint.

16. Answering Paragraph 16 of the Complaint, Defendant affirmatively asserts that Plaintiff's reference to 42 U.S.C. section 12112(b)(5) is a legal conclusion to which no response

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ANSWER TO FIRST AMENDED
COMPLAINT (C-08 01430 HRL)    3.

is required and the statutory provision of 42 U.S.C. section 12112(b)(5) speaks for itself.  Defendant denies the remaining allegations contained in Paragraph 16 of the Complaint.

17. Answering Paragraph 17 of the Complaint, Defendant denies the allegations contained in Paragraph 17 of the Complaint.

18. Answering Paragraph 18 of the Complaint, Defendant denies the allegations contained in Paragraph 18 of the Complaint.

## SECOND CAUSE OF ACTION

**(Violation of Age Discrimination in Employment Act (29 U.S. C. §§ 623 *et. seq.*))**

19. Answering Paragraph 19 of the Complaint, which incorporates by reference the allegations of Paragraphs 1 through 18 of the Complaint, Defendant incorporates herein by reference its answers to said Paragraphs in this Answer.

20. Answering Paragraph 20 of the Complaint, Defendant admits that Plaintiff purports to bring this case under the Age Discrimination in Employment Act, 42 U.S.C. section 623 *et. seq*.

21. Answering Paragraph 21 of the Complaint, Defendant affirmatively asserts that Plaintiff's reference to 29 U.S.C. sections 623 and 631(a) is a legal conclusion to which no response is required and the statutory provision of 29 U.S.C. sections 623 and 631(a) speak for themselves. Defendant denies the remaining allegations contained in Paragraph 21 of the Complaint.

22. Answering Paragraph 22 of the Complaint, Defendant denies the allegations contained in Paragraph 22 of the Complaint.

23. Answering Paragraph 23 of the Complaint, Defendant denies the allegations contained in Paragraph 23 of the Complaint.

24. Answering Paragraph 24 of the Complaint, Defendant denies the allegations contained in Paragraph 24 of the Complaint.

## THIRD CAUSE OF ACTION

**(Failure to Accommodate Medical Conditions (Cal. Gov. Code § 12940(a)))**

25. Answering Paragraph 19 of the Complaint, which incorporates by reference the allegations of Paragraphs 1 through 24 of the Complaint, Defendant incorporates herein by

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ANSWER TO FIRST AMENDED
COMPLAINT (C-08 01430 HRL)              4.

reference its answers to said Paragraphs in this Answer.

26. Answering Paragraph 26 of the Complaint, Defendant admits that it is a corporation organized and existing under the laws of Delaware and employs more than five persons. Defendant affirmatively asserts that Plaintiff's reference to California Government Code section 12900 *et. seq.* and section 12926(d) is a legal conclusion to which no response is required and the statutory provision of California Government Code sections 12900 *et. seq.* and section 12926(d) speak for themselves. Except as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 26 of the Complaint.

27. Answering Paragraph 27 of the Complaint, Defendant affirmatively asserts that Plaintiff's reference to California Government Code section 12926(h)(1) is a legal conclusion to which no response is required and the statutory provision of California Government Code section 12926(h)(1) speak for itself. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained in Paragraph 27 of the Complaint.

28. Answering Paragraph 28 of the Complaint, Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29. Answering Paragraph 29 of the Complaint, Defendant denies the allegations contained in Paragraph 29 of the Complaint.

30. Answering Paragraph 30 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained in Paragraph 30 of the Complaint.

31. Answering Paragraph 31 of the Complaint, Defendant denies the allegations contained in Paragraph 31 of the Complaint.

32. Answering Paragraph 32 of the Complaint, Defendant denies the allegations contained in Paragraph 32 of the Complaint.

33. Answering Paragraph 33 of the Complaint, Defendant denies the allegations contained in Paragraph 33 of the Complaint.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ANSWER TO FIRST AMENDED
COMPLAINT (C-08 01430 HRL)    5.

34. Answering Paragraph 34 of the Complaint, Defendant denies the allegations contained in Paragraph 34 of the Complaint.

35. Answering Paragraph 35 of the Complaint, Defendant admits that Plaintiff filed a Charge of Discrimination with the California Department of Fair Employment and Housing. Except as so specifically admitted, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said Paragraph, and on that basis denies the remaining allegations contained in Paragraph 35 of the Complaint.

36. Answering Paragraph 36 of the Complaint, Defendant denies the allegations contained in Paragraph 36 of the Complaint.

## **FOURTH CAUSE OF ACTION**

**(Age Discrimination in Employment (Cal. Gov. Code § 12940(a)))**

37. Answering Paragraph 37 of the Complaint, which incorporates by reference the allegations of Paragraphs 1 through 36 of the Complaint, Defendant incorporates herein by reference its answers to said Paragraphs in this Answer.

38. Answering Paragraph 38 of the Complaint, Defendant affirmatively asserts that Plaintiff's reference to California Government Code section 12940(a) is a legal conclusion to which no response is required and the statutory provision of California Government Code section 12940(a) speak for itself. Defendant denies the remaining allegations contained in Paragraph 38 of the Complaint.

39. Answering Paragraph 39 of the Complaint, Defendant denies the allegations contained in Paragraph 39 of the Complaint.

40. Answering Paragraph 40 of the Complaint, Defendant denies the allegations contained in Paragraph 40 of the Complaint.

41. Answering Paragraph 41 of the Complaint, Defendant admits that it knew Plaintiff's age. Except as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 41 of the Complaint.

42. Answering Paragraph 42 of the Complaint, Defendant admits that Plaintiff filed a Charge of Discrimination with the California Department of Fair Employment and Housing.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ANSWER TO FIRST AMENDED
COMPLAINT (C-08 01430 HRL)      6.

1  Except as so specifically admitted, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said Paragraph, and on that basis denies the remaining allegations contained in Paragraph 42 of the Complaint.

43. Answering Paragraph 43 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained in Paragraph 43 of the Complaint.

## FIFTH CAUSE OF ACTION

### (Tortious Discharge in Violation of Public Policy)

44. Answering Paragraph 44 of the Complaint, which incorporates by reference the allegations of Paragraphs 1 through 43 of the Complaint, Defendant incorporates herein by reference its answers to said Paragraphs in this Answer.

45. Answering Paragraph 45 of the Complaint, Defendant affirmatively asserts that Plaintiff's reference to California Government Code section 12940(a) and 42 U.S.C. section 12101 *et. seq.* is a legal conclusion to which no response is required and the statutory provision of California Government Code section 12940(a) and 42 U.S.C. section 12101 *et. seq.* speak for themselves. Defendant denies the remaining allegations contained in paragraph 45 of the Complaint.

46. Answering Paragraph 46 of the Complaint, Defendant denies the allegations contained in Paragraph 46 of the Complaint.

47. Answering Paragraph 47 of the Complaint, Defendant denies the allegations contained in Paragraph 47 of the Complaint.

## AFFIRMATIVE DEFENSES

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND EVERY CAUSE OF ACTION SET FORTH IN THE COMPLAINT, DEFENDANT alleges:

That Plaintiff's Complaint fails to allege facts sufficient to constitute any cause of action or to set forth a claim upon which relief can be granted.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND EVERY CAUSE OF ACTION SET FORTH IN THE COMPLAINT, DEFENDANT alleges:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ANSWER TO FIRST AMENDED COMPLAINT (C-08 01430 HRL)       7.

1    Defendant is informed and believes that Plaintiff's claims are barred by the applicable
2    statutes of limitations, including but not limited to, the limitations period contained in California
3    Code of Civil Procedure section 335.1, and the limitations period contained in Government Code
4    section 12960.

5    AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
6    EVERY CAUSE OF ACTION SET FORTH IN THE COMPLAINT, DEFENDANT alleges:

7    That Plaintiff is barred in equity from recovering on his Complaint, or on any claim
8    contained therein, under the doctrine of unclean hands.

9    AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
10   EVERY CAUSE OF ACTION SET FORTH IN THE COMPLAINT, DEFENDANT alleges:

11   That Plaintiff is estopped to assert his claims due to his own conduct, acts, or
12   omissions and is precluded from recovering against Defendant on any purported claims for relief
13   contained in the Complaint.

14   AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO FIRST, SECOND,
15   THIRD AND FOURTH CAUSES OF ACTION SET FORTH IN THE COMPLAINT,
16   DEFENDANT alleges:

17   That Plaintiff has failed to exhaust his administrative remedies, the exhaustion of
18   which is a condition precedent to the maintenance of those causes of action.

19   AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
20   EVERY CAUSE OF ACTION SET FORTH IN THE COMPLAINT, DEFENDANT alleges:

21   That all actions with regard to Plaintiff (1) were made for legitimate, non-
22   discriminatory business reasons, (2) were based on reasonable factors, and (3) were a just and proper
23   exercise of management discretion undertaken for a fair and honest reason, not prohibited by law.

24   AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
25   EVERY CAUSE OF ACTION SET FORTH IN THE COMPLAINT, DEFENDANT alleges:

26   Defendant has acquired evidence of wrongdoing by Plaintiff and the wrongdoing
27   would have materially affected the terms and conditions of Plaintiff's employment or would have
28   resulted in Plaintiff either being demoted, disciplined, or terminated, such after-acquired evidence

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ANSWER TO FIRST AMENDED
COMPLAINT (C-08 01430 HRL)         8.

1  shall bar Plaintiff's claim on liability or damages or shall reduce such claim or damages as provided
2  by law.
3         AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
4  EVERY CAUSE OF ACTION SET FORTH IN THE COMPLAINT, DEFENDANT alleges:
5         That to the extent that Plaintiff claims that he has suffered emotional distress damages
6  due to Defendant's alleged conduct, Defendant alleges that the court lacks jurisdiction of this matter,
7  as Plaintiff's claims are barred by the exclusive remedy provision of the California Workers'
8  Compensation Act, California Labor Code sections 3200, *et. seq.*
9         AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
10 EVERY CAUSE OF ACTION SET FORTH IN THE COMPLAINT, DEFENDANT alleges:
11        That the Complaint fails to state a claim for attorneys' fees under Government Code
12 Section 12965, or any other basis.
13        AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
14 EVERY CAUSE OF ACTION SET FORTH IN THE COMPLAINT, DEFENDANT alleges:
15        That Plaintiff's damages, if any, are barred to the extent that Plaintiff has failed to
16 mitigate damages, and any recovery of damages, if any there be, should be reduced in the amount by
17 which Plaintiff should have mitigated those alleged damages.
18        WHEREFORE, Defendant prays judgment against Plaintiff as follows:
19        1.   For an order dismissing PLAINTIFF'S claims with prejudice, and entering
20 judgment in favor of Defendant and against Plaintiff;
21        2.   For all reasonable costs and attorneys' fees incurred by Defendant in
22 connection with the defense of this matter; and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ANSWER TO FIRST AMENDED
COMPLAINT (C-08 01430 HRL)           9.

3. For such other and further relief as the Court in the exercise of its discretion deems just and proper.

Dated: April 9, 2008

                                                  //s// *Benjamin A. Emmert*
ROBERT J. WILGER
BENJAMIN A. EMMERT
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SOLECTRON CORPORATION

Firmwide:84797316.1 014692.1116

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ANSWER TO FIRST AMENDED
COMPLAINT (C-08 01430 HRL)       10.