1  ROBERT J. WILGER, Bar No. 168402
   BENJAMIN A. EMMERT, Bar No. 212157
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:    408.998.4150

5  Attorneys for Defendant
   SOLECTRON CORPORATION

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  WILLIAM A. ASHMAN,              Case No.  5:08-cv-01430 HRL

12          Plaintiff,              **DECLINATION TO PROCEED BEFORE A**
                                    **MAGISTRATE JUDGE AND REQUEST**
13      v.                          **FOR REASSIGNMENT TO A UNITED**
                                    **STATES DISTRICT JUDGE**
14  SOLECTRON CORPORATION, a
    Delaware Corporation, and DOES 1
15  THROUGH 10, inclusive,

16          Defendants.

17

18      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

19      The undersigned party in the above-captioned civil matter hereby declines to consent to the

20  assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

21  requests the reassignment of this case to a United States District Judge.

22
     Dated:   April 9, 2008
23

24
                                         _____//s//_Benjamin A. Emmert_____
25                                       BENJAMIN A. EMMERT
                                         LITTLER MENDELSON
26                                       A Professional Corporation
                                         Attorneys for Defendant
27                                       SOLECTRON CORPORATION

28  Firmwide:84830671.1 014692.1116

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

DECLINATION TO PROCEED BEFORE MAG.
JUDGE / REQ FOR REASSIGNMENT TO USD
JUDGE (C-08 01430 HRL)