1  ROBERT J. WILGER, Bar No. 168402
   BENJAMIN A. EMMERT, Bar No. 212157
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:    408.998.4150

5  Attorneys for Defendant
   SOLECTRON CORPORATION

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | WILLIAM A. ASHMAN,                    | Case No.  5:08-cv-01430 HRL
12 |                  Plaintiff,           | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
13 |        v.                             |
14 | SOLECTRON CORPORATION, a              | **Federal Rules Of Civil Procedure 7.1**
   | Delaware Corporation, and DOES 1      | **N.D. Civil Local Rule 3-16**
15 | THROUGH 10, inclusive,                |
16 |                  Defendants.          |

18 TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19       Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

CERTIFICATION AND NOTICE OF
INTERESTED PARTIES (C-08 01430 HRL)

1  that subject matter or in a party that could be substantially affected by the outcome of this
2  proceeding: Flextronics International, Inc.

5  Dated: April 9, 2008

          //s// *Benjamin A. Emmert*
BENJAMIN A. EMMERT
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SOLECTRON CORPORATION

Firmwide:84830542.1 014692.1116

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

CERTIFICATION AND NOTICE OF
INTERESTED PARTIES (C-08 01430 HRL)  2.