UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

William A Ashman,

        Plaintiff,

  v.

Solectron Corporation, a Delaware corporation, and Does 1 through 10, inclusive,

        Defendants.

                                      /

No. C08-01430

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

        The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

        PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 1, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **July 11, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on June 27, 2008.

        If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: April 10, 2008

RICHARD W. WIEKING, Clerk
United States District Court

    /s/ *Patty Cromwell*
By: Patty Cromwell, Courtroom Deputy
to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Benjamin A. Emmert     bemmert@littler.com, tjones@littler.com

Stephen Robert Pappas     PALaw21@aol.com