**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**April 10, 2008**

CASE NUMBER:  CV 08-01430 HRL
CASE TITLE:  WILLIAM A. ASHMAN-v-SOLECTRON CORPORATION, ET AL.

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/10/2008

FOR THE EXECUTIVE COMMITTEE:

_____
                                                    Clerk

NEW CASE FILE CLERK:        4/10/2008

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | 4/10/2008 | Special Projects | |
| Log Book Noted | 4/10/2008 | Entered in Computer | 4/10/2008 |

CASE SYSTEMS ADMINISTRATOR:

| | | | |
|---|---|---|---|
| Copies to:  All Counsel | 4/10/2008 | Transferor CSA | 4/1-/2008 |