```
 1  Stephen R. Pappas, Esq.
    550 South California Avenue, Suite 320
 2  Palo Alto, California 94306-1441
    650/858-8400 - Telephone
 3  650/858-8508 - Facsimile
    California State Bar No. 158560
 4
    Attorney for Plaintiffs
 5  William A. Ashman
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM A. ASHMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>SOLECTRON CORPORATION, a Delaware Corporation, and DOES 1 THROUGH 10, inclusive<br><br>    Defendants. | Case No. 5:08-cv-01430-HRL<br><br>STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |

## I. STIPULATION

COME NOW the parties hereto by and through their respective counsel of record, Stephen R. Pappas, Esq., for plaintiff William A. Ashman; and Littler & Mendelson by and through Robert Wilger, Esq., for defendant Solectron Corporation, and hereby stipulate that the date for the Case Management Conference in the above-captioned action may be rescheduled from July 11, 2008 at 10:30

STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

1  a.m. to August 1, 2008 at 10:30 a.m.

2  Dated: May 21, 2008                    _____
                                          Stephen R. Pappas, Esq.
3                                         Attorney for Plaintiff
                                          WILLIAM A. ASHMAN
4

5  Dated: May 20, 2008                    _____
                                          Robert J. Wilger, Esq.
6                                         Attorney for Defendant
                                          SOLECTRON
7

8                          II. ORDER

9

10    The Case Management Conference in the above-captioned

11 action is hereby rescheduled from July 11, 2008 at 10:30 a.m.

12 to August 1, 2008 at 10:30 a.m.

13

14 Dated: May _____, 2008                 _____
                                          Honorable Jeremy Fogel
15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE