**E-filed 5/29/08**

1  Stephen R. Pappas, Esq.
   550 South California Avenue, Suite 320
2  Palo Alto, California 94306-1441
   650/858-8400 - Telephone
3  650/858-8508 - Facsimile
   California State Bar No. 158560
4
   Attorney for Plaintiffs
5  William A. Ashman

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12

13  WILLIAM A. ASHMAN,              )   Case No. 5:08-cv-01430-HRL
                                    )
14            Plaintiff,            )   STIPULATION AND ORDER
                                    )   RESCHEDULING CASE MANAGEMENT
15       vs.                        )   CONFERENCE
                                    )
16  SOLECTRON CORPORATION, a        )
    Delaware Corporation, and DOES  )
17  1 THROUGH 10, inclusive         )
                                    )
18            Defendants.           )
                                    )
19                                  )
                                    )
20  _____)

                            I. STIPULATION
21
        COME NOW the parties hereto by and through their respective
22
    counsel of record, Stephen R. Pappas, Esq., for plaintiff William
23
    A. Ashman; and Littler & Mendelson by and through Robert Wilger,
24
    Esq., for defendant Solectron Corporation, and hereby stipulate
25
    that the date for the Case Management Conference in the above-
26
    captioned action may be rescheduled from July 11, 2008 at 10:30
27
28  STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

1 | a.m. to August 1, 2008 at 10:30 a.m.

2 | Dated: May 21, 2008

*Stephen R. Pappas, Esq.*
Attorney for Plaintiff
WILLIAM A. ASHMAN

5 | Dated: May 20, 2008

*Robert J. Wilger, Esq.*
Attorney for Defendant
SOLECTRON

## II. ORDER

The Case Management Conference in the above-captioned action is hereby rescheduled from July 11, 2008 at 10:30 a.m. to ~~August 1, 2008 at 10:30 a.m.~~ August 8th at 10:30 AM.

Dated: May 29, 2008

Honorable Jeremy Fogel

28 | STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE