UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, August 8, 2008
**Case Number:** CV-08-1430-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:      WILLIAM ASHMAN  V. SOLECTRON CORPORATION, ET AL

            PLAINTIFF                              DEFENDANT

**Attorneys Present: Stephen Pappas**                **Attorneys Present: Robert Wilger**

PROCEEDINGS:

Case management conference held.  Parties are present.  The parties are referred to early neutral evaluation, to be completed by 11/7/08.  Continued to 11/7/08 at 10:30 a.m. for further case management conference.