ROBERT J. WILGER, Bar No. 168402
BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
SOLECTRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM A. ASHMAN,<br><br>Plaintiff,<br><br>v.<br><br>SOLECTRON CORPORATION, a Delaware Corporation, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 5:08-cv-01430 JF<br><br>[PROPOSED] ORDER GRANTING EX PARTE MOTION TO CONTINUE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION<br><br>Date: October 6, 2008<br>Courtroom: 3 (5th Floor)<br>Judge: Honorable Jeremy Fogel |

The Ex Parte Motion of Plaintiff and Defendant Solectron Corporation came on regularly for hearing before the Honorable Jeremy Fogel in Courtroom 3 of the above entitled Court. Having reviewed the Motion, the Stipulation between the Parties, and for good cause appearing, the Motion is Granted. The deadline to complete the early neutral evaluation is hereby extended to January 23, 2009.

Dated: 10/10/08

_____
HONORABLE JEREMY FOGEL

Firmwide:86880303.1 014692.1116

(C-08 01430 JF)

[Proposed] Order Granting Ex Parte Motion to Extend Deadline to Complete Early Neutral Evaluation

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 6, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**[PROPOSED] ORDER GRANTING EX PARTE MOTION TO CONTINUE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION**

in a sealed envelope, postage fully paid, addressed as follows:

Ken Bryant Conflict Management
P.O. Box 20277
San Jose, CA 95160-0277

United States District Court
Northern District of California
ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 6, 2008, at San Jose, California.

_____
Mary A. Jones

Firmwide:86906119.1 014692.1116

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

Proof of Service By Mail                    Case No. 5:08-cv-01430 HRL