ROBERT J. WILGER, Bar No. 168402
BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

**E-Filed 5/28/2010**

Attorneys for Defendant
SOLECTRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM A. ASHMAN,<br><br>    Plaintiff,<br><br>v.<br><br>SOLECTRON CORPORATION, a Delaware Corporation, and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | Case No. 5:08-CV-01430 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANT SOLECTRON CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, MOTION FOR PARTIAL SUMMARY JUDGMENT AND ADJUSTING BRIEFING SCHEDULE** |

### I.   STIPULATION.

COMES NOW the Parties to the above entitled action by and through their respective attorneys of record, Stephen R. Pappas, Esq., for Plaintiff William A. Ashman, and Benjamin A. Emmert for Defendant Solectron Corporation, and hereby stipulate and agree to continue the hearing date on Defendant Solectron Corporation's Motion for Summary Judgment or, Alternatively, Motion for Partial Judgment from June 25, 2010, at 9:00 a.m. to July 2, 2010, at 9:00 a.m. The Parties also stipulate and agree to adjust the briefing schedule as follows: Plaintiff William A. Ashman's opposition to Defendant Solectron's Motion for Summary Judgment or, Alternatively, Motion for Partial Judgment shall be due by June 10, 2010; Defendant Solectron Corporation's reply to

---

Stipulation and [Proposed] Order
Rescheduling Hearing on MSJ and
Adjusting Briefing Schedule

5:08-CV-01430 JF

Plaintiff's Opposition shall be due by June 18, 2010, as required by Northern District of California Local Rule 7.2(c).

**SO STIPULATED AND AGREED.**

Dated:   May 27, 2010

                                    /s/
                                   ROBERT J. WILGER
                                   BENJAMIN A. EMMERT
                                   LITTLER MENDELSON
                                   A Professional Corporation
                                   Attorneys for Defendant
                                   SOLECTRON CORPORATION

Dated:   May 27, 2010

                                    /s/
                                   STEPHEN R. PAPPAS
                                   Attorney at Law
                                   Attorney for Plaintiff
                                   WILLIAM A. ASHMAN

## II. ORDER.

Pursuant to the stipulation by and between the Parties to the above entitled action, the hearing date for Defendant Solectron Corporation's Motion for Summary Judgment or, Alternatively, Motion for Partial Judgment is hereby moved from June 25, 2010, at 9:00 a.m. to July 2, 2010, at 9:00 a.m. The location of the motion remains unchanged. The briefing schedule for Defendant's Motion is modified as follows: Plaintiff William A. Ashman's opposition to Defendant Solectron's Motion for Summary Judgment or, Alternatively, Motion for Partial Judgment shall be due by June 10, 2010; Defendant Solectron Corporation's reply to Plaintiff's Opposition shall be due by June 18, 2010.

Dated: May 28, 2010

_____
HONORABLE JEREMY FOGEL

Firmwide:95625220.1 014692.1116