1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10                                    SAN JOSE DIVISION

11  | WILLIAM A. ASHMAN, | Case No.  5:08-CV-01430 JF |
12  | Plaintiff, | [PROPOSED] ORDER DISMISSING LAWSUIT WITH PREJUDICE |
13  | v. | |
14  | SOLECTRON CORPORATION, a Delaware Corporation, and DOES 1 THROUGH 10, inclusive, | |
15  | | |
16  | Defendants. | Honorable Jeremy Fogel  Complaint Filed: March 13, 2008 |

17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Dismissing
Lawsuit                                                     Case No. (5:08-CV-01430 (JF))

1       Pursuant to the Stipulation entered into between Plaintiff William A. Ashman and Defendant Solectron Corporation, the lawsuit entitled *WILLIAM A. ASHMAN, Plaintiff, v. SOLECTRON CORPORATION, a Delaware Corporation, and DOES 1 THROUGH 10, inclusive, Defendants*, United States District Court for the Northern District of California Case No. 5:08-CV-01430 (JF) is hereby dismissed with prejudice. Each Party shall bear his/its own litigation costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 11/10 , 2010

_____
Hon. Jeremy Fogel
Judge of the United States District Court in and for Northern California

Firmwide:98463347.1 014692.1116

[Proposed] Order Dismissing Lawsuit     2.     Case No. (5:08-CV-01430 (JF))